

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

|  |  |  |
|---|---|---|
| EL PASO INDEPENDENT SCHOOL DISTRICT, | § | |
|  | § | No. 08-11-00329-CV |
| Appellant, | § | |
|  | § | Appeal from |
| v. | § | |
|  | § | 327th District Court |
| MICHAEL McINTYRE AND | § | |
| LAURA McINTYRE, INDIVIDUALLY | § | of El Paso County, Texas |
| AND ON BEHALF OF THEIR MINOR | § | |
| CHILDREN, K.M., L.M., C.M.M, M.M., | § | (TC # 2007-3210) |
| AND L.M., | § | |
|  | § | |
| Appellees. | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was error in the judgment.  We therefore reverse the judgment of the court below and remand the cause for further proceedings, in accordance with this Court's opinion.  We further order that Appellant recover from Appellee all costs of this appeal, for which let execution issue, and this decision be certified below for observance.

IT IS SO ORDERED THIS 28TH DAY OF SEPTEMBER, 2018.


YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.
McClure, C.J., not participating